**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

# CAPITAL CASE

TERRICK NOONER, ADC #000926                                                               PETITIONER

v.                                          No. 5:14CV00374 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                         RESPONDENT

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, Terrick Nooner's petition under 28 U.S.C. § 2254 is denied without prejudice.

IT IS SO ORDERED this 17th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE